UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLIED WIRE & CABLE, INC., a corporation organized under the laws of the Commonwealth of Pennsylvania,<br><br>Plaintiff,<br><br>v.<br><br>EPICOR SOFTWARE CORPORATION, a corporation organized under the laws of the State of Delaware,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:  C.A. No. 2:16-cv-4310-ER<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT

Please take notice that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Allied Wire & Cable, Inc. hereby voluntarily dismisses, without prejudice, the Complaint in this case. Plaintiff voluntarily dismisses the Complaint pursuant to Rule 41(a)(1)(A)(i) as the Defendant has not filed an Answer.

**STRADLEY RONON STEVENS & YOUNG, LLP**

/s/ Marissa Parker
Mark D. Villanueva (PA ID No. 89892)
Kevin R. Casey (PA ID No. 58083)
Marissa Parker (PA ID No. 206162)
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
P: (215) 564.8000
F: (215) 564.8120
*Attorneys for Plaintiff, Allied Wire & Cable, Inc.*

Date: November 2, 2016

# 3014811